UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SEKISUI TA INDUSTRIES, LLC : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | Civil Action No. 8:08-cv-02634-DKC |
| : | |
| QUALITY TAPE SUPPLY, INC. : | |
| : | |
| Defendant : | |

ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

TO THE CLERK OF THE COURT:

Please enter the appearances of:

Steven H. Greenfeld
Cohen, Baldinger & Greenfeld, LLC
7910 Woodmont Avenue, Suite 1103
Bethesda, MD 20814

as counsel for the defendant, Quality Tape Supply, Inc.

    /s/ Steven H. Greenfeld
Steven H. Greenfeld
Bar No. 06744
7910 Woodmont Avenue
Suite 1103
Bethesda, Maryland  20814
Telephone: (301) 881-8300
Fax: (301) 881-8350
Email: steveng@cohenbaldinger.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2009, a copy of the foregoing was served electronically, via CM/ECF and mailed, first class mail, postage pre-paid to: Michael John Wilson, Esq., Morgan Lewis & Bockius, LLP, 1111 Pennsylvania Avenue, NW, Washington, DC 20004.

      /s/ Steven H. Greenfeld
      Steven H. Greenfeld